389 A.2d 167

Commonwealth v. Glover, Appellant.

Submitted April 11, 1977.   Daniel R. Lovette, Assistant Public Defender, for appellant;  John J. Kuzmiak, Assistant District Attorney, and D. Gerard Long, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.

WATKINS, former P. J., did not participate in the consideration or decision of this case.